Grace M. **CHRISTEN**, Plaintiff and
Appellant,

v.

**SECRETARY OF HEALTH, EDUCA-
TION AND WELFARE,**
Appellee.

No. 23839.

United States Court of Appeals,
Ninth Circuit.

March 11, 1971.

Gil Medeiros (argued), of Rockwell,
Fulkerson & Clarke, San Rafael, Cal.,
for appellant.

Peter Shackter, Asst. U. S. Atty.
(argued) James L. Browning, U. S.
Atty., Sheldon Deutsch, Asst. U. S. Atty.,
San Francisco, Cal., for appellee.

Before CHAMBERS, BROWNING
and CARTER, Circuit Judges.

PER CURIAM:

The summary judgment of the dis-
trict court affirming the Department's
denial of social security payments to the
claimant is reversed.

This, like Secretary of Health, Educa-
tion and Welfare v. Meza, 9 Cir., 368 F.
2d 389, and Gardner v. Wilcox, 9 Cir.,
370 F.2d 492, is a case of the mysterious
disappearance of a husband.

In our view the hearing examiner fol-
lowed our decisions in Meza and Wilcox
when he ruled in favor of claimant.
The Secretary's review board reversed
and ruled against the claimant.

While perhaps evidence of flight by a
deserting husband would entitle the Sec-
retary to adopt a rule of thumb for a
while to delay the start of the running
of the seven year period for the pre-
sumption of 20 C.F.R. 404.705, we can-
not go along with the Department's ap-
parent view that one achieves immortali-
ty by known flight.

Here by the time the decision cleared
the Secretary's office for the second
time, Christen had disappeared for a pe-
riod of eleven and a half years. By that
time he should have been presumed dead
on the facts here.

The district court should direct the
Department to rule in favor of the
claimant except, of course, there is al-
ways the possibility that turned up in
Meza (Meza was actually found). If
any further evidence has turned up in
the intervening years indicating that
Christen is still alive, the case not being
closed, the Department could consider it.

Remanded for proceedings consist-
ent herewith.